

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00231-CR

Dontre La Ron **NESTLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR7561
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED November 20, 2024.

_____
Liza A. Rodriguez, Justice